**Fill in this information to identify the case:**

Debtor name: GL Brands, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 17, 2020     X /s/ Carlos Frias
                                    Signature of individual signing on behalf of debtor

                                    **Carlos Frias**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **GL Brands, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................................. $ 16,683.28

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................................................ $ 16,683.28

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... $ 260,240.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. +$ 11,430,206.01

4. **Total liabilities** ....................................................................................................................... $ 11,690,446.01
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **GL Brands, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. **Cash on hand**   $236.95

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

   4.1. **Investment in Green Lotus**   $1.00

5. **Total of Part 1.**   $237.95
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Retainers**   $10,000.00

Debtor  **GL Brands, Inc.**                                       Case number *(If known)*
      Name

| | | |
|---|---|---|
| 8.2. | **Deposit** | $6,444.33 |

| 9. | **Total of Part 2.** | $16,444.33 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity: | % of ownership | | |
| | 15.1. ECS Labs, LLC | 100% % | | Unknown |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
    Describe:

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

Debtor   **GL Brands, Inc.**            Case number *(If known)*
        Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites<br>https://glbrands.com | Unknown | | $0.00 |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property<br>Intellectual property | $0.00 | | $1.00 |
| 65. | Goodwill | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | **$1.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.

Debtor   **GL Brands, Inc.**                                    Case number *(If known)*
          Name

☐ Yes Fill in the information below.

Debtor    **GL Brands, Inc.**            Case number *(If known)* _____
        Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $237.95 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $16,444.33 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*...............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $1.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,683.28   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,683.28 |

**Fill in this information to identify the case:**

Debtor name: **GL Brands, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Merida Capital Partners II LP**<br>Creditor's Name<br>**641 Lexington Ave. 18th Floor**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**7 Promissory Notes**<br><br>Describe the lien<br>**Promissory Note**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260,240.00 | $16,683.28 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $260,240.00

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kleinberg, Kaplan, Wolff & Cohen PC**<br>**500 Fifth Avenue**<br>**New York, NY 10110** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name __GL Brands, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Accell Audit & Compliance, PA**<br>4806 W. Gandy Blvd.<br>Tampa, FL 33611<br>Date(s) debt was incurred __July 2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Professional Fees__<br>Is the claim subject to offset? ■ No ☐ Yes | | $125.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Admiral Insurance Company**<br>1000 Howard Blvd., Suite 300<br>Mount Laurel, NJ 08054<br>Date(s) debt was incurred __<br>Last 4 digits of account number __8402__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Insurance__<br>Is the claim subject to offset? ■ No ☐ Yes | | Unknown |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Alexandro Frias**<br>14503 Islip Circle<br>Apt. 12107<br>Fort Worth, TX 76155<br>Date(s) debt was incurred __5/31/2019__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Employment Agreement__<br>Is the claim subject to offset? ■ No ☐ Yes | | $1,600,000.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Ardor Investments**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: __Consulting Fee__<br>Is the claim subject to offset? ■ No ☐ Yes | | $5,000.00 |

| Debtor | GL Brands, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Bemeir LLC<br>159 20th Street, Suite 1B<br>Brooklyn, NY 11232<br>Date(s) debt was incurred **March 2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **IT Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $34,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Bob Stein<br>Saturn Systems<br>PO Box 842<br>Bailey, CO 80421<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Office Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,230.96 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Brunsun, Chandler & Jones<br>175 S. Main Street<br>14th Floor, Suite 1410<br>Salt Lake City, UT 84111<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $7,592.50 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>BVP 3939 Belt Line LLC<br>5740 Cedar Grove Circle<br>Plano, TX 75093-8576<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Addison Office Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $87,445.41 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0500<br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Franchise Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,640.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Carlos Frias<br>1609 Raton Drive<br>Arlington, TX 76018<br>Date(s) debt was incurred **5.31.2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Employment Agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,400,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Carter, Terry & Company<br>c/o Timothy Terry<br>3060 Peachtree Rd, Suite 1200<br>Atlanta, GA 30305<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Settlement Agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor  **GL Brands, Inc.**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Cox Communication<br>Cox Business<br>PO Box 53262<br>Phoenix, AZ 85072-3266<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **9701** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cable TV**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$832.75** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Emily Laue<br>c/o Shuck Law, LLC<br>208 E. 25th Street<br>Vancouver, WA 98663<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Settlement Agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Geico Casualty Company<br>2280 North Greenville Ave.<br>Richardson, TX 75082<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4119** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Insurance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>GlobalOne Filings, Inc.<br>3451 Via Montebello<br>Unit 192-410<br>Carlsbad, CA 92009<br><br>Date(s) debt was incurred  **September 2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SEC Filing Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$270.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Globex Transfer LLC<br>780 Blvd., Suite 202<br>Deltona, FL 32725<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Registered Agent Fee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$906.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Indiva Advisors<br>3571 E. Sunset Rd., Suite 206<br>Las Vegas, NV 89120<br><br>Date(s) debt was incurred  **November 2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,000.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>KCSA Strategic Communications<br>420 Fifth Avenue, 3rd Floor<br>New York, NY 10018<br><br>Date(s) debt was incurred  **June 2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Shareholder relations work**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$159,000.00** |

Debtor __GL Brands, Inc.__  Case number (if known) _____
       Name

| | | |
|---|---|---:|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Kleinberg, Kaplan, Wolff & Cohen PC<br>551 Fifth Avenue<br>18th Floor<br>New York, NY 10176<br>Date(s) debt was incurred **May 2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $17,482.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>KSW Group LLC<br>1914 E. 9400 S, Suite 319<br>Sandy, UT 84093<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $6,000.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Marketing Completion Fund, Inc.<br>204 West Spear Street #3761<br>Carson City, NV 89703<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,290.85 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>McLetchie Law<br>701 E. Bridger Avenue<br>Suite 520<br>Las Vegas, NV 89101<br>Date(s) debt was incurred **February 2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $17,907.19 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>MCP Wellness II LP<br>641 Lexington Avenue<br>18th Floor<br>New York, NY 10022<br>Date(s) debt was incurred **November 2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Convertible Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,000,000.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>New Jersey Division of Taxation<br>PO Box 666<br>Trenton, NJ 08646-0666<br>Date(s) debt was incurred **2018-2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Sales Tax**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,052.43 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Newlee LLC<br>6387 Camp Bowie<br>Suite 317<br>Fort Worth, TX 76116<br>Date(s) debt was incurred **November 2020**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $7,000.00 |

| Debtor | GL Brands, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>Ngoc Quang "Daniel" Nguyen<br>10107 Wittenburg Way<br>Cocoa Beach, FL 32932<br>Date(s) debt was incurred 5.31.2019<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Employment Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $2,000,000.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>NY State-Dept. of Taxation & Finance<br>575 Boices Lane<br>Clarksville, NY 12041-1083<br>Date(s) debt was incurred 2018-2019<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Sales Taxes<br>Is the claim subject to offset? ■ No ☐ Yes | $532.21 |
| 3.28 | Nonpriority creditor's name and mailing address<br>OTC Market Group<br>300 Vesey Street, 12th Floor<br>New York, NY 10282<br>Date(s) debt was incurred 2020<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Stock Market Trading Fees<br>Is the claim subject to offset? ■ No ☐ Yes | $1,500.00 |
| 3.29 | Nonpriority creditor's name and mailing address<br>Post Launch<br>8020 W. Sahara 3260<br>Las Vegas, NV 89117<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,550.00 |
| 3.30 | Nonpriority creditor's name and mailing address<br>Richard A. Bolandz<br>190 Webster Way<br>Henderson, NV 89074<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Settlement<br>Is the claim subject to offset? ■ No ☐ Yes | $1.00 |
| 3.31 | Nonpriority creditor's name and mailing address<br>SBA<br>First Federal Bank<br>4705 US Hwy 90W<br>Lake City, FL 32055<br>Date(s) debt was incurred 2020<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: PPP Loan for $611,000<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.32 | Nonpriority creditor's name and mailing address<br>Sunset Park Properties, LLC<br>PO Box 365376<br>Henderson, NV 89044<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Office Lease<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor __GL Brands, Inc.__    Case number (if known) _____
        Name

| 3.33 | Nonpriority creditor's name and mailing address<br>**Tennessee Dept. of Revenue**<br>**Andrew Jackson State Office Bldg.**<br>**500 Deaderick Street**<br>**Nashville, TN 37242**<br>Date(s) debt was incurred __2018-2019__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Sales Tax__<br>Is the claim subject to offset? ■ No ☐ Yes | $529.06 |
|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address<br>**The Hartford**<br>**3000 Internet Blvd. #600**<br>**Frisco, TX**<br>Date(s) debt was incurred __4/2019__<br>Last 4 digits of account number __9936__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Insurance Premium__<br>Is the claim subject to offset? ■ No ☐ Yes | $2,489.00 |
| 3.35 | Nonpriority creditor's name and mailing address<br>**The Protocol**<br>**99 A Court Street**<br>**Plymouth, MA 02360**<br>Date(s) debt was incurred __10/2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Judgment__<br>Is the claim subject to offset? ■ No ☐ Yes | $25,150.00 |
| 3.36 | Nonpriority creditor's name and mailing address<br>**Tonkon Torp LLP**<br>**1600 Pioneer Tower**<br>**888 SW 5th Ave., Suite 1600**<br>**Portland, OR 97204**<br>Date(s) debt was incurred __2/2019__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Professional Fees__<br>Is the claim subject to offset? ■ No ☐ Yes | $9,161.65 |
| 3.37 | Nonpriority creditor's name and mailing address<br>**TradeCraft Origin**<br>**2929 West Bayshore Court**<br>**Tampa, FL 33611**<br>Date(s) debt was incurred __10/2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Brokerage Fee__<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |
| 3.38 | Nonpriority creditor's name and mailing address<br>**Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317**<br>Date(s) debt was incurred __2018__<br>Last 4 digits of account number __2195__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Insurance__<br>Is the claim subject to offset? ■ No ☐ Yes | $1,363.00 |
| 3.39 | Nonpriority creditor's name and mailing address<br>**Voice Plus**<br>**2505 Anthem Village Dr. E-190**<br>**Henderson, NV 89052**<br>Date(s) debt was incurred __12/2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Telephone Service__<br>Is the claim subject to offset? ■ No ☐ Yes | $155.00 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | GL Brands, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Steve Clark**<br>**Brennan & Clark, Ltd.**<br>**721 E. Madison, Suite 200**<br>**Villa Park, IL 60181** | Line **3.34**<br><br>☐ Not listed. Explain ____ | **1169** |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,430,206.01 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 11,430,206.01 |

**Fill in this information to identify the case:**

Debtor name: **GL Brands, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | | Alexandro Frias |
| | List the contract number of any government contract | | 14503 Islip Circle Apt. 12107 Fort Worth, TX 76155 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Retainer Agreement for IT Services | |
| | State the term remaining | 3.31.2021 | Bemeir, LLC |
| | List the contract number of any government contract | | 159 20th Street, Suite 1B Brooklyn, NY 11232 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | | Brian D. Moon |
| | List the contract number of any government contract | | 2017 Hillcrest Street Fort Worth, TX 76107 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | | Carlos Frias |
| | List the contract number of any government contract | | 1609 Raton Drive Arlington, TX 76018 |

Debtor 1    GL Brands, Inc.
         First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease in Addison, TX | |
| | State the term remaining | | Dillon Buhruhl<br>Pillar Commercial<br>8222 Douglas Ave.<br>Suite 200<br>Dallas, TX 75225 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Product Sales Agreement | |
| | State the term remaining | 12/12/2021 | GS Holistic, LLC<br>644 N. Fuller Ave. #301<br>Los Angeles, CA 90036 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Securities Purchase Agreement | |
| | State the term remaining | | Mark Rosales<br>2343 Brittan Ave.<br>San Carlos, CA 94070 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | | Ngoc Quang "Daniel" Nguyen<br>10107 Wittenburg Way<br>Cocoa Beach, FL 32932 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing & Supply Agreement | |
| | State the term remaining | 3.4.2021 | Ontel Products Corporation<br>21 Law Dr.<br>Fairfield, NJ 07004 |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
| | State the term remaining | | Sunset Park Properties, LLC<br>PO Box 365376<br>N. Las Vegas, NV 89044 |
| | List the contract number of any | | |

Debtor 1    __GL Brands, Inc.__
          First Name       Middle Name       Last Name

Case number *(if known)* _____

### ■ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

            government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Revised Green Lotus / TCO GTM & Perforance Terms** | |
|---|---|---|---|
| | State the term remaining | **January 31, 2021** | |
| | List the contract number of any government contract | | **TradeCraft Origin** |

Fill in this information to identify the case:

Debtor name: **GL Brands, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | B&B Aesthetics Labs, LLC | PO Box 470458<br>3101 West 6th Street<br>Fort Worth, TX 76147-9998 | Merida Capital Partners II LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | ECS Labs, LLC | PO Box 470458<br>3101 West 6th Street<br>Fort Worth, TX 76147-9998 | Merida Capital Partners II LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Leafceauticals, inc. | PO Box 470458<br>3101 West 6th Street<br>Fort Worth, TX 76147-9998 | Merida Capital Partners II LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | The Texas Wellness Center, LLC | PO Box 470458<br>3101 West 6th Street<br>Fort Worth, TX 76147-9998 | Merida Capital Partners II LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |