Fill in this information to identify the case:

Debtor name: GL Brands, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ardor Investments | | Consulting Fee | Disputed | | | $5,000.00 |
| Bemeir LLC<br>159 20th Street, Suite 1B<br>Brooklyn, NY 11232 | | IT Services | | | | $34,000.00 |
| Bob Stein<br>Saturn Systems<br>PO Box 842<br>Bailey, CO 80421 | | Office Lease | | | | $5,230.96 |
| Brunsun, Chandler & Jones<br>175 S. Main Street<br>14th Floor, Suite 1410<br>Salt Lake City, UT 84111 | | Professional Fees | | | | $7,592.50 |
| BVP 3939 Belt Line LLC<br>5740 Cedar Grove Circle<br>Plano, TX 75093-8576 | | Addison Office Rental | | | | $87,445.41 |
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0500 | | Franchise Taxes | | | | $1,640.00 |
| Emily Laue<br>c/o Shuck Law, LLC<br>208 E. 25th Street<br>Vancouver, WA 98663 | | Settlement Agreement | | | | $18,000.00 |
| Indiva Advisors<br>3571 E. Sunset Rd., Suite 206<br>Las Vegas, NV 89120 | | Professional Services | | | | $3,000.00 |

Debtor **GL Brands, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KCSA Strategic Communications 420 Fifth Avenue, 3rd Floor New York, NY 10018 | | Shareholder relations work | Disputed | | | $159,000.00 |
| Kleinberg, Kaplan, Wolff & Cohen PC 551 Fifth Avenue 18th Floor New York, NY 10176 | | Professional fees | | | | $17,482.00 |
| KSW Group LLC 1914 E. 9400 S, Suite 319 Sandy, UT 84093 | | Professional Fees | Disputed | | | $6,000.00 |
| Marketing Completion Fund, Inc. 204 West Spear Street #3761 Carson City, NV 89703 | | Professional Services | Disputed | | | $4,290.85 |
| McLetchie Law 701 E. Bridger Avenue Suite 520 Las Vegas, NV 89101 | | Professional Fees | | | | $17,907.19 |
| Newlee LLC 6387 Camp Bowie Suite 317 Fort Worth, TX 76116 | | Professional Fees | | | | $7,000.00 |
| OTC Market Group 300 Vesey Street, 12th Floor New York, NY 10282 | | Stock Market Trading Fees | | | | $1,500.00 |
| Post Launch 8020 W. Sahara 3260 Las Vegas, NV 89117 | | | Disputed | | | $2,550.00 |
| The Hartford 3000 Internet Blvd. #600 Frisco, TX | | Insurance Premium | | | | $2,489.00 |
| The Protocol 99 A Court Street Plymouth, MA 02360 | | Judgment | | | | $25,150.00 |
| Tonkon Torp LLP 1600 Pioneer Tower 888 SW 5th Ave., Suite 1600 Portland, OR 97204 | | Professional Fees | | | | $9,161.65 |

Debtor **GL Brands, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TradeCraft Origin<br>2929 West Bayshore Court<br>Tampa, FL 33611 | | Brokerage Fee | | | | $10,000.00 |