BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**GL Brands, Inc.** § Case No.:
§
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **December 17, 2020**  /s/ Carlos Frias
**Carlos Frias/Chief Executive Officer**
Signer/Title

Date: **December 17, 2020**  /s/ Robert A. Simon
Signature of Attorney
**Robert A. Simon 18390000**
**Whitaker Chalk Swindle and Schwartz**
**301 Commerce St. STE 3500**
**Fort Worth, TX 76102**
**817-878-0500  Fax: 817-878-0501**

**46-2093679**
Debtor's Social Security/Tax ID No.

_____
Joint Debtor's Social Security/Tax ID No.

Accell Audit & Compliance, PA
4806 W. Gandy Blvd.
Tampa, FL 33611


Admiral Insurance Company
1000 Howard Blvd., Suite 300
Mount Laurel, NJ 08054


Alexandro Frias
14503 Islip Circle
Apt. 12107
Fort Worth, TX 76155


Ardor Investments


Bemeir LLC
159 20th Street, Suite 1B
Brooklyn, NY 11232


Bemeir, LLC
159 20th Street, Suite 1B
Brooklyn, NY 11232


Bob Stein
Saturn Systems
PO Box 842
Bailey, CO 80421


Brunsun, Chandler & Jones
175 S. Main Street
14th Floor, Suite 1410
Salt Lake City, UT 84111


BVP 3939 Belt Line LLC
5740 Cedar Grove Circle
Plano, TX 75093-8576

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500


Carlos Frias
1609 Raton Drive
Arlington, TX 76018


Carter, Terry & Company
c/o Timothy Terry
3060 Peachtree Rd, Suite 1200
Atlanta, GA 30305


Cox Communication
Cox Business
PO Box 53262
Phoenix, AZ 85072-3266


Dillon Buhruhl
Pillar Commercial
8222 Douglas Ave.
Suite 200
Dallas, TX 75225


Emily Laue
c/o Shuck Law, LLC
208 E. 25th Street
Vancouver, WA 98663


Geico Casualty Company
2280 North Greenville Ave.
Richardson, TX 75082


GlobalOne Filings, Inc.
3451 Via Montebello
Unit 192-410
Carlsbad, CA 92009


Globex Transfer LLC
780 Blvd., Suite 202
Deltona, FL 32725

GS Holistic, LLC
644 N. Fuller Ave. #301
Los Angeles, CA 90036


Indiva Advisors
3571 E. Sunset Rd., Suite 206
Las Vegas, NV 89120


KCSA Strategic Communications
420 Fifth Avenue, 3rd Floor
New York, NY 10018


Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
18th Floor
New York, NY 10176


Kleinberg, Kaplan, Wolff & Cohen PC
500 Fifth Avenue
New York, NY 10110


KSW Group LLC
1914 E. 9400 S, Suite 319
Sandy, UT 84093


Mark Rosales
2343 Brittan Ave.
San Carlos, CA 94070


Marketing Completion Fund, Inc.
204 West Spear Street #3761
Carson City, NV 89703


McLetchie Law
701 E. Bridger Avenue
Suite 520
Las Vegas, NV 89101

MCP Wellness II LP
641 Lexington Avenue
18th Floor
New York, NY 10022

Merida Capital Partners II LP
641 Lexington Ave. 18th Floor
New York, NY 10022

New Jersey Division of Taxation
PO Box 666
Trenton, NJ 08646-0666

Newlee LLC
6387 Camp Bowie
Suite 317
Fort Worth, TX 76116

Ngoc Quang "Daniel" Nguyen
10107 Wittenburg Way
Cocoa Beach, FL 32932

NY State-Dept. of Taxation & Finance
575 Boices Lane
Clarksville, NY 12041-1083

Ontel Products Corporation
21 Law Dr.
Fairfield, NJ 07004

OTC Market Group
300 Vesey Street, 12th Floor
New York, NY 10282

Post Launch
8020 W. Sahara 3260
Las Vegas, NV 89117

Richard A. Bolandz
190 Webster Way
Henderson, NV 89074


SBA
First Federal Bank
4705 US Hwy 90W
Lake City, FL 32055


Steve Clark
Brennan & Clark, Ltd.
721 E. Madison, Suite 200
Villa Park, IL 60181


Sunset Park Properties, LLC
PO Box 365376
Henderson, NV 89044


Sunset Park Properties, LLC
PO Box 365376
N. Las Vegas, NV 89044


Tennessee Dept. of Revenue
Andrew Jackson State Office Bldg.
500 Deaderick Street
Nashville, TN 37242


The Hartford
3000 Internet Blvd. #600
Frisco, TX


The Protocol
99 A Court Street
Plymouth, MA 02360


Tonkon Torp LLP
1600 Pioneer Tower
888 SW 5th Ave., Suite 1600
Portland, OR 97204

TradeCraft Origin
2929 West Bayshore Court
Tampa, FL 33611

TradeCraft Origin

Travelers
PO Box 660317
Dallas, TX 75266-0317

Voice Plus
2505 Anthem Village Dr. E-190
Henderson, NV 89052